UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DINO RAMBHAROSE,                  :
                                            Civil Action No. 10-6488 (WJM)
        Petitioner,     :

        v.                           :            **O R D E R**
                                                   (CLOSED)
JANET NAPOLITANO, et al.,   :

        Respondents.    :

    This matter has come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. It appears that:

    1. Petitioner is currently a detainee confined at the Hudson County Correctional Facility, Kearney, New Jersey;

    2. Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor submitted a complete application to proceed in forma pauperis.

    IT IS THEREFORE on this 20th day of March, 2011,

    ORDERED that Petitioner's petition for a writ of habeas corpus shall be dismissed without prejudice; and it is further

    ORDERED that, within 30 days of the date of entry of this Order, Petitioner shall either remit the $5.00 filing fee or submit a completed and signed in forma pauperis application, with a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); and it is further

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed In Forma Pauperis in a Habeas Corpus Case, for use by a prisoner; and it is further

ORDERED that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101; Petitioner's writing shall include either: (1) a complete in forma pauperis application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

s/William J. Martini

_____
WILLIAM J. MARTINI
United States District Judge